IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CHARLES F. MANN, d/b/a**
**"Automotive Concepts,",**

        **Plaintiff,**

v.                            CIV 10-1103 LAM/RLP

**AUTOMOBILE PROTECTION CORP.,**
**ASSET DEVELOPMENT GROUP, LLC,**
**RON MATTSON, RODGER ANDERSON,**
**and FORD MOTOR CREDIT COMPANY,**

        **Defendants.**

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT FORD MOTOR CREDIT COMPANY LLC

      **THIS MATTER** is before the Court upon the *Stipulation of Dismissal Without Prejudice of All Claims Against Ford Motor Credit Company LLC (Doc. 32)* submitted by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). There being good grounds,

      **IT IS HEREBY ORDERED** that all claims against Defendant Ford Motor Credit Company LLC in this action are **DISMISSED without prejudice.**

      **IT IS SO ORDERED.**

                                       _____
                                       **LOURDES A. MARTÍNEZ**
                                       **UNITED STATES MAGISTRATE JUDGE**