IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CHARLES F. MANN, d/b/a**
**"Automotive Concepts,",**

        **Plaintiff,**

v.                                                                            CIV 10-1103 LAM/KBM

**AUTOMOBILE PROTECTION CORP.,**
**ADG, LLC, RON MATTSON, and**
**RODGER ANDERSON,**

        **Defendants.**

## ORDER GRANTING DEFENDANT ANDERSON'S JOINDER OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, ALTERNATIVELY, TO TRANSFER VENUE

**THIS MATTER** is before the Court on Defendant Anderson's *Joinder of Motion to Dismiss Plaintiff's Complaint or, Alternatively, to Transfer Venue (Doc. 24)*, filed January 10, 2011. This document was filed as a motion, and states that Defendant Anderson joins in *Defendant Automobile Protection Corporation's Motion to Dismiss Plaintiff's Complaint or, Alternatively, to Transfer Venue (Doc. 8)*. Plaintiff has not filed a response to the motion and the time for doing so has passed, which constitutes consent to grant the motion. D. N.M. LR-Civ. 7.1(b) ("The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion."). The Court finds that the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Anderson's *Joinder of Motion to Dismiss Plaintiff's Complaint or, Alternatively, to Transfer Venue (Doc. 24)* is **GRANTED**, and

Defendant Anderson may join in *Defendant Automobile Protection Corporation's Motion to Dismiss Plaintiff's Complaint or, Alternatively, to Transfer Venue* (Doc. 8).

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**