IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CHARLES F. MANN, d/b/a**
**"Automotive Concepts,",**

      **Plaintiff,**

**v.**                                         **CIV 10-1103 LAM/KBM**

**AUTOMOBILE PROTECTION CORP.,**
**ADG, LLC, RON MATTSON, and**
**RODGER ANDERSON,**

      **Defendants.**

## ORDER GRANTING DEFENDANT MATTSON'S JOINDER OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, ALTERNATIVELY, TO TRANSFER VENUE

      **THIS MATTER** is before the Court on Defendant Mattson's *Joinder of Motion to Dismiss Plaintiff's Complaint or, Alternatively, to Transfer Venue (Doc. 44)*, filed February 14, 2011. This document was filed as a motion, and states that Defendant Mattson joins in *Defendant Automobile Protection Corporation's Motion to Dismiss Plaintiff's Complaint or, Alternatively, to Transfer Venue (Doc. 8)*. The Court held a telephonic status conference in this case on February 16, 2011, at which counsel for all parties appeared. Plaintiff's counsel stated at that status conference that he does not oppose the motion. The Court finds that the motion is well-taken and shall be **GRANTED**.

      **IT IS THEREFORE ORDERED** that Defendant Mattson's *Joinder of Motion to Dismiss Plaintiff's Complaint or, Alternatively, to Transfer Venue (Doc. 44)* is **GRANTED**, and Defendant Mattson may join in *Defendant Automobile Protection Corporation's Motion to Dismiss Plaintiff's Complaint or, Alternatively, to Transfer Venue (Doc. 8)*.

**IT IS SO ORDERED.**

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE**